UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

Carlos Leon Robaina,

Petitioner,

v.

Erika Estrada, *et al.*,

Respondents.

No. EP-26-CV-01835-DB

**Order**

The Court has considered Federal Respondents' Emergency Motion for Transfer to Attend Funeral, ECF No. 8, and deems it should be **GRANTED**.

**IT IS SO ORDERED**.

**SIGNED** this **22nd** day of **July 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**