**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **CARLOS LEON ROBAINA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-01835-DB** |
| | § | |
| **ERIKA ESTRADA,** *et al.*, | § | |
| **Respondents.** | § | |
| | § | |

**ORDER LIFTING STAY OF REMOVAL**

On this day, the Court considered the above-captioned case. On July 6, 2026, Petitioner Carlos Leon Robaina filed a "Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241," ECF No. 3. Petitioner is currently detained by ICE at the El Paso Processing Center in the Western District of Texas. ECF No. 3 at 1. Petitioner asks the Court to order his immediate release. *Id.* at 7. Petitioner is a Cuban national who entered the United States in 1980. ECF No. 6 at 1. Petitioner was ordered removed by an immigration judge in 2011, and his order became final the same day. *Id.* At this time, the Court reserves ruling on the merits of Petitioner's writ. However, based on Respondents' assertions in their filing, ECF No. 6, good cause exists to temporarily lift the stay of removal issued by this Court on July 8, 2026, in ECF No. 4.

Accordingly, **IT IS HEREBY ORDERED** this Court's order to "NOT (1) remove or deport Petitioner from the United States, or (2) transfer Petitioner from any facility outside the boundaries of the El Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed" issued on July 8, 2026, in ECF No. 4, is **LIFTED** **until August 28, 2026, at 11:59 p.m.**

**IT IS FURTHER ORDERED** this Court's order to "NOT (1) remove or deport Petitioner from the United States, or (2) transfer Petitioner from any facility outside the boundaries of the El

Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed" issued on July 8, 2026, in ECF No. 4, is automatically **REINSTATED** at **12:00 a.m. on August 29, 2026.**

**IT IS FURTHER ORDERED** Respondents **SHALL FILE** a status advisory either (1) advising removal from the United States was effectuated, or (2) advising of Petitioner's custody status, the status of removal efforts, including but not limited to all steps taken to effectuate removal and any impediments to date, and whether Petitioner had previously spent any time in immigration custody after his order of removal became final,[1] and if so for how long, **by no later than September 1, 2026**.

**SIGNED** this **17th** day of **August 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**

[1] Not including his current detention which began on May 6, 2026.